October 15, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

WILLIAM CHARLES WINGATE, Appellant

NO. 14-15-00647-CR                    V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 30, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, William Charles Wingate.

We further order this decision certified below for observance.